695 A.2d 666

OLLY J. DAVENPORT v. AETNA CASUALTY
& SURETY COMPANY.

June 25, 1997.

Certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Law Division for the entry of judgment in the favor of plaintiff, who is entitled to arbitration in the absence of policy language excluding coverage. *See French v. New Jersey School Board Association Insurance Group*, 149 *N.J.* 478, 694 *A.*2d 1008 (1997).